# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| JAMES ROBERT PUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  5:15-cv-02259-VEH-SGC |
| ) | |
| LT. BLACK, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report on January 19, 2017, recommending that this action, filed pursuant to 42 U.S.C. § 1983, be dismissed without prejudice for failing to state a claim upon which relief may be granted under 28 U.S.C. § 1915A(b). (Doc. 17).  Although the magistrate judge advised the plaintiff of his right to file specific written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is hereby **ADOPTED** and the recommendation is **ACCEPTED**.  Therefore, in accordance with 28 U.S.C. § 1915A(b), this action is due to be dismissed without prejudice for failing to state a claim upon which relief may be granted.

A Final Judgment will be entered.

**DONE** this the 24th day of February, 2017.

                                        **VIRGINIA EMERSON HOPKINS**
                                        United States District Judge